United States Magistrate Judge J Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| DONALD C. JOHNSON, ) | |
| ) | CIVIL NO.  C09-5688RBL-JRC |
| Plaintiff, ) | |
| ) | ORDER FOR EXTENSION OF TIME |
| vs. ) | TO FILE PLAINTIFF'S REPLY BRIEF |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before May 13, 2010.

Oral argument, if desired, shall be requested by May 20, 2010.

DATED this 4th day of May, 2010.

_/s/ J. Richard Creatura_

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S REPLY BRIEF - 1