United States Magistrate Judge J Richard Creatura

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD C. JOHNSON, ) | |
| ) | CIVIL NO.  C09-5688RBL-JRC |
| ) | |
| Plaintiff, ) | ORDER FOR EXTENSION OF TIME TO |
| ) | FILE PLAINTIFF'S REPLY BRIEF |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby,

ORDERED that Plaintiff's Reply Brief shall be filed on or before June 7, 2010.  Oral argument, if desired shall be requested by June 14, 2010.

DATED this 12th day of May, 2010.

*[signature]*

J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
TO FILE PLAINTIFF'S BRIEF- [09-5688] - 1